# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA<br>V.<br>COURTNEY RENE PIERCE | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>CASE NUMBER: **1:08-00157-002**<br>USM NUMBER: 10299-003 |
|---|---|

**THE DEFENDANT:**                               Fred Tiemann
                                                 **Defendant's Attorney**

( )   admitted guilt to violation of supervision condition(s): _____

(X)   was found in violation of supervision condition(s):   Statutory Condition x2 and Standard

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Statutory Condition | Technical | |
| Statutory Condition | New Offense | 03/10/13<br>04/30/13<br>05/15/13 |
| Standard Condition #2 | Technical | |

   **The defendant is sentenced as provided in pages 2 of this judgment.   The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

                                                    July 10, 2013
**Defendant's Mailing Address:**                    Date of Imposition of Judgment
 2915 Aragon Street
 Mobile, AL   36575

                                                    s/Kristi K. DuBose
                                                    UNITED STATES DISTRICT JUDGE

                                                    July 25, 2013
                                                    Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant:   COURTNEY RENE PIERCE
Case Number: 1:08-00157-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of   **TWENTY-FOUR (24) MONTHS**.   **NO SUPERVISED RELEASE TO FOLLOW.**

( )   The court makes the following recommendations to the Bureau of Prisons:

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:

    ( )   at _____ .m. on _____.

    ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ( )   before 2 p.m. on _____.

    ( )   as notified by the United States Marshal.

    ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant   delivered   on   _____   to

at   _____

with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal